# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152425 & (41)

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

EDWARD PINKNEY,
           Defendant-Appellant.

SC: 152425
COA: 325856
Berrien CC: 2014-001528-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2015



Clerk

s1020d